RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*RICK MULA
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Carlos Fernandez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Carlos Fernandez,

        Petitioner,

    v.

Pamela Bondi, *et al.*,

        Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Stipulation to Continue Deadline to File Amended Petition**

**(First Request)**

    IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Tamer B. Botros, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Carlos Fernandez, that the briefing schedule in this case be extended by 7 days. Thus, the deadline to file the amended petition (currently due March 23, 2026) would be extended to March 30, 2026, the Government's Response to Amended Petition would be due April 6, 2026, and Petitioner's Reply would be due April 13, 2026.

    The Stipulation is entered into for the following reasons:

    1.    Undersigned counsel recently was appointed to Mr. Fernandez Euceda's case. Undersigned counsel requires additional time to gather records related to the amended petition.

    2.    The petitioner is detained and does not object to the continuance.

3.      The government does not oppose the request for a continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 23rd day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

By /s/ Rick Mula
RICK MULA
Assistant Federal Public Defender

By /s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Carlos Fernandez,

      Petitioner,

    v.

Pamela Bondi, *et al.*,

      Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Order**

    IT IS THEREFORE ORDERED that the Amended currently due March 23, 2026 now is due March 30, 2026, the Government's Response to Amended Petition is due April 6, 2026 and Petitioner's Reply is due April 13, 2026.

    DATED this __23__ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3