RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*RICK MULA
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Carlos Fernandez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Carlos Fernandez,

      Petitioner,

    v.

Pamela Bondi, *et al.*,

      Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Stipulation to Continue Deadline to File Amended Petition**

**(Second Request)**

      IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Tamer B. Botros, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Carlos Fernandez, that the briefing schedule in this case be modified as follows. The deadline to file the amended petition (currently due March 30, 2026) would be extended to April 10, 2026, the Government's Response to Amended Petition would be due April 24, 2026, and Petitioner's Reply would be due May 8, 2026.

      The Stipulation is entered into for the following reasons:

      1.     Undersigned counsel is waiting to receive documents from Petitioner that will allow him to proceed.

2.      Undersigned counsel will be unavailable the last two weeks of April and will not be able to prepare a reply during that time period.

3.      The petitioner is detained and does not object to the continuance.

4.      The government does not oppose the request for a continuance.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED this 30 day of March, 2026.

RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Deputy Attorney General
                                        SIGAL CHATTAH
                                        First Assistant United States Attorney


By /s/ Rick Mula                        By /s/ Tamer B. Botros
RICK MULA                               TAMER B. BOTROS
Assistant Federal Public Defender       Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carlos Fernandez,

      Petitioner,

    v.

Pamela Bondi, *et al.*,

      Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Order**

    IT IS THEREFORE ORDERED that the Amended currently due March 30, 2026 now is due April 10, 2026, the Government's Response to Amended Petition is due April 24, 2026 and Petitioner's Reply is due May 8, 2026.

    DATED this __31__ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3