RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*RICK MULA
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Carlos Fernandez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Fernandez,<br><br>       Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et al.*,<br><br>       Respondents. | Case No. 2:26-cv-00735-GMN-EJY<br><br>**Stipulation to Continue Deadline to File Amended Petition**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Tamer B. Botros, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Carlos Fernandez, that the briefing schedule in this case be modified as follows. The deadline to file the amended petition (currently due April 10, 2026) would be extended to May 8, 2026, the Government's Response to Amended Petition would be due May 22, 2026, and Petitioner's Reply would be due May 29, 2026.

The Stipulation is entered into for the following reasons:

1. Petitioner is attempting to obtain a bond hearing in immigration court and requests additional time for that bond hearing to take place.

2. Undersigned counsel will be unavailable the last two weeks of April.

3.    The petitioner is detained and does not object to the continuance.

4.    The government does not oppose the request for a continuance.

5.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third stipulation to continue filed herein.

DATED this 10th day of April, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Carlos Fernandez,

           Petitioner,

    v.

Pamela Bondi, *et al.*,

           Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Order**

      IT IS THEREFORE ORDERED that the Amended currently due April 10, 2026 now is due May 8, 2026, the Government's Response to Amended Petition is due May 22, 2026 and Petitioner's Reply is due May 29, 2026.

      DATED this __10__ day of April, 2026.

_____

UNITED STATES DISTRICT JUDGE

3