RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*RICK MULA
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Carlos Fernandez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Carlos Fernandez,

   Petitioner,

  v.

Pamela Bondi, *et al.*,

   Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Stipulation to Continue Deadline to File Amended Petition**

**(Fourth Request)**

  IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Tamer B. Botros, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Carlos Fernandez, that the briefing schedule in this case be modified as follows. The deadline to file the amended petition (currently due May 8, 2026) would be extended to June 22, 2026, the Government's Response to Amended Petition to be filed fourteen (14) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

  The Stipulation is entered into for the following reasons:

  1. Petitioner would like to continue pursuing administrative remedies while his habeas case is pending, and he requires additional time to do so.

2. The petitioner is detained and does not object to the continuance.

3. The government does not oppose the request for a continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED this 8th day of May, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Carlos Fernandez,

       Petitioner,

   v.

Pamela Bondi, *et al.*,

       Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Order**

    IT IS THEREFORE ORDERED that the Amended currently due May 8, 2026 would be extended to June 22, 2026, the Government's Response to Amended Petition to be filed fourteen (14) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

    DATED this __8__ day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE