Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Carlos Javier Fernandez Euceda

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Carlos Javier Fernandez Euceda,

      Petitioner,

      v.

John Mattos, NSDC Warden; Michael Bernacke, Field Director, West Valley City Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem, DHS Secretary; Todd Blanche, Acting Attorney General,

      Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Stipulation and  Order**

The parties agree and stipulate to the following:

- The issuance of an order directing Respondents to hold a custody redetermination hearing in accordance with *Jacobo Ramirez v. Noem*, No. 2:25-cv-02136-RFB-MDC, 2026 WL 879799 (D. Nev. Mar. 30, 2026), within seven days of the date of the order;

- Respondents will provide an audio recording of the custody redetermination hearing to the Court and the parties within seven days of the date of the custody redetermination hearing;

- The pending First Amended Petition is held in abeyance and Respondents need not file any responsive pleading at this time; and
- Mr. Fernandez Euceda is granted leave to file a Second Amended Petition within 30 days of receipt of the audio recording of the custody redetermination hearing.

Dated: June 15, 2026

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

Sigal Chattah
First Assistant United States Attorney

*/s/ Rick A. Mula*

Rick A. Mula
Assistant Federal Public Defender

*/s/ Martin Mayer*

Martin Mayer
Special Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Carlos Javier Fernandez Euceda,

        Petitioner,

    v.

John Mattos, NSDC Warden; Michael Bernacke, Field Director, West Valley City Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem, DHS Secretary; Todd Blanche, Acting Attorney General,

        Respondents.

Case No. 2:26-cv-00735-GMN-EJY

**Stipulation and Order**

Good cause appearing, the parties' stipulation is granted.

IT IS THEREFORE ORDERED that Respondents must hold a custody redetermination hearing within seven days of the date of this order in accordance with *Jacobo Ramirez v. Noem*, No. 2:25-cv-02136-RFB-MDC, 2026 WL 879799 (D. Nev. Mar. 30, 2026).

IT IS FURTHER ORDERED that Respondents provide an audio recording of the custody redetermination hearing to the Court and the parties within seven days of the date of the custody redetermination hearing.

IT IS FURTHER ORDERED that the First Amended Petition is held in abeyance and Respondents need not file any responsive pleading at this time.

3

IT IS FURTHER ORDERED that Mr. Fernandez Euceda is granted leave to file a Second Amended Petition within 30 days of receipt of the audio recording of the custody redetermination hearing.

DATED this _16_ day of June, 2026.

_____

UNITED STATES DISTRICT JUDGE

4